UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

SHAWN COOPER                                              CIVIL ACTION

VERSUS

NO. 19-528-JWD-EWD

TREVOR WILSON, ET AL.

**ORDER**

**The deadlines established below are based on the parties' submissions and are final deadlines.** In accordance with Federal Rule of Civil Procedure 16(b), the following deadlines are established:

1. The deadline to join other parties or to file a motion for leave to amend the pleadings is **January 31, 2020.**[1]

2. Discovery must be completed as follows:

   a. Exchanging initial disclosures required by F.R.C.P. 26(a)(1): **October 31, 2019**

   b. **Filing** all discovery motions and **completing** all discovery except experts: **May 29, 2020**

   **NOTE:** Any motions filed regarding discovery must be accompanied by a certificate of counsel for the moving party, stating that counsel have conferred in person or by telephone for purposes of amicably resolving the issues and stating why they are unable to agree or stating that opposing counsel has refused to so confer after reasonable notice.

   c. Disclosure of identities and resumés of experts:
      **Plaintiff(s):**      **June 30, 2020**
      **Defendant(s):**   **July 31, 2020**

---

[1] Amendments sought after this deadline may be permitted in accordance with the good cause standard of Rule 16 of the Federal Rules of Civil Procedure. Any proposed amended pleading shall be comprehensive and include all relevant allegations as revised, supplemented or amended such that it will become the operative pleading without reference to any other document in the record. Any amendment sought under Fed.R.Civ.P. 15(a)(2) requires leave of court whether or not the opposing party consents even if filed before this deadline, however the movant shall advise whether the opposing party consents. See LR 7(e).

JURY

      d.      Expert reports must be submitted to opposing parties as follows:
              **Plaintiff(s):**      **June 30, 2020**
              **Defendant(s):**     **July 31, 2020**

      e.      Discovery from experts must be completed by **August 31, 2020.**

3.      Deadline to file dispositive motions and Daubert motions: **September 30, 2020**

4.      Deadline to file pre-trial order: **January 20, 2021**[2]

      Prior to the filing of the pretrial order, the parties will exchange or make available for inspection all exhibits which the parties will or may introduce at trial.

5.      Deadline to file motions in limine: **February 17, 2021.** Responses to motions in limine shall be filed within the time period provided by the local rules.

6.      Deadline to file an affidavit of settlement efforts: **March 3, 2021**

7.      Pre-trial conference date: **February 4, 2021 at 1:30 p.m.** in the chambers of the Honorable John W. deGravelles.

8.      Deadline to submit joint jury instructions, voir dire, verdict forms, and trial briefs to the presiding judge: **March 24, 2021**

      **The information regarding the Honorable John W. deGravelles' pretrial order may be found on the court's website at** (http://www.lamd.uscourts.gov) **under "Judges' Info."**

9.      A **3-day jury trial** is scheduled for **9:00 a.m. beginning on April 19, 2021 Courtroom 1.**

The time limits set forth in this order shall not be modified except by leave of court upon a showing of good cause. Joint, agreed or unopposed motions to extend scheduling order deadlines will not be granted automatically. All motions to extend scheduling order deadlines must be supported by facts sufficient to find good cause as required by Rule 16, Fed.R.Civ.P. Extensions of deadlines governing discovery must be supported with information describing the discovery

---

[2] Motions to extend or otherwise modify this date and the dates/deadlines that follow shall be directed to the district judge.

already completed, what necessary discovery remains, the parties' efforts to complete the remaining discovery by the deadline, and any additional information showing that the parties have diligently pursued their discovery. Further, a motion to extend any deadline set by this Order must be filed before its expiration.

Pursuant to Local Civil Rule 16(c), whenever a civil case is settled or otherwise disposed of, counsel shall immediately file a Joint Notice of Settlement, signed by counsel for Plaintiff, into the record. Additionally, counsel shall immediately inform the Clerk's office, the Judge to whom the case is assigned, and shall comply with LR45(b) relative to all persons subpoenaed as witnesses. If a civil case is settled as to fewer than all of the parties or all of the claims, the Joint Notice shall also set forth the remaining parties and unsettled claims. The Joint Notice may also include a request for a conditional order of dismissal, allowing for reinstatement of the matter if the settlement is not consummated within the time stated in the order of dismissal.

Parties are directed to consult the Middle District's Administrative Procedures which contains additional mandatory filing rules and procedures. The Administrative Procedures are available for viewing and download on the court's website (http://www.lamd.uscourts.gov) under "E-Filing," "CM/ECF Info," "Administrative Procedures."

Signed in Baton Rouge, Louisiana, on October 21, 2019.

**ERIN WILDER-DOOMES**
**UNITED STATES MAGISTRATE JUDGE**