UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| SHAWN COOPER | CIVIL ACTION |
| VERSUS | |
| TREVOR WILSON, ET AL. | NO. 19-528-JWD-EWD |

## MOTION FOR LEAVE TO SUBSTITUTE PLEADING

Defendants, Northbridge General Insurance Corporation ("Northbridge"), Trevor Wilson, and Valley Equipment Limited (collectively "Defendants"), seek leave from the Court to substitute the attached Initial Witness List in place of the Initial Witness List previously filed on November 17, 2020 (Doc. 12). Defendants inadvertently prepared the previously filed pleading on legal sized paper. The attached proposed pleading is on letter sized paper, which is required by this Court.

WHEREFORE, Defendants respectfully request that the attached Initial Witness List be substituted in place of the previously filed Initial Witness List filed on November 17, 2020 (Doc. 12).

Respectfully submitted,

*Wilson Elser Moskowitz Edelman & Dicker LLP*

*/s/ Ross M. Molina*
Ross M. Molina (La. Bar No. 31880)
650 Poydras Street, Suite 2200
New Orleans, LA 70130
Telephone: 504.702.1710
Facsimile: 504.702.1715
Ross.molina@wilsonelser.com
*Attorney for Defendants*

43482v.1

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the above has been served upon all known counsel of record via the Court's CM/ECF system on this 18th day of October, 2020.

                */s/ Ross M. Molina*
                Ross M. Molina

43482v.1

# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **SHAWN COOPER** | **CIVIL ACTION** |
| **VERSUS** | |
| **TREVOR WILSON, ET AL.** | **NO. 19-528-JWD-EWD** |

### INITIAL WITNESS LIST OF DEFENDANTS, NORTHBRIDGE GENERAL INSURANCE CORPORATION, TREVOR WILSON AND VALLEY EQUIPMENT LIMITED

Defendants, Northbridge General Insurance Corporation ("Northbridge"), Trevor Wilson, and Valley Equipment Limited (collectively "Defendants"), provide their Initial Witness List:

**I.   Individuals (including experts) who may be called by Defendants at trial**

1. Trevor Wilson, Defendant, c/o undersigned counsel, has information related to the events that form the basis of this litigation.

2. Shawn Cooper, Plaintiff, c/o Plaintiff's counsel, has information related to the events and claims that form the basis of this litigation.

3. Representatives of Northbridge General Insurance Company, c/o undersigned counsel, has information related to the events following the subject incident.

4. Representatives of Valley Equipment Limited, c/o undersigned counsel, has information related to the events following the subject incident.

5. Cyndle Wilson, wife of Defendant Trevor Wilson, has information related to the events following the subject incident.

6. Any and all Plaintiff's healthcare providers who provided pre- or post-incident treatment.

43482v.1

7. Officer Kenneth Albarez, West Baton Rouge Parish Sheriff's Office, has information relating to the post-incident investigation.

8. Any experts identified by Plaintiff.

9. Dr. Kelly Scrantz, Defendants' IME physician.

10. Defendants' economist expert.

11. Stacie Nunez, Defendants' vocational rehabilitation and life care plan expert.

Defendants reserve the right to add additional individuals as discovery progresses.

(Signature page follows).

Respectfully submitted,

*Wilson Elser Moskowitz Edelman & Dicker LLP*

*/s/ Ross M. Molina*_____
Ross M. Molina (La. Bar No. 31880)
650 Poydras Street, Suite 2200
New Orleans, LA 70130
Telephone: 504.702.1710
Facsimile: 504.702.1715
Ross.molina@wilsonelser.com
***Attorney for Defendants***

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a copy of the above has been served upon all known counsel of record via the Court's CM/ECF system on this 17th day of October, 2020.

*/s/ Ross M. Molina* _____
Ross M. Molina

43482v.1