**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| **SHAWN COOPER** | **CIVIL ACTION** |
| **VERSUS** | |
| **TREVOR WILSON, ET AL.** | **NO. 19-528-JWD-EWD** |

**ORDER**

Considering the Motion for Leave to Substitute Pleading and finding it well founded;

IT IS ORDERED that the Initial Witness List attached to the pending Motion for Leave be substituted in place of the Initial Witness List filed by Defendants on November 17, 2020 (Doc. 12).

Baton Rouge, Louisiana this _____ day of _____, 2020.

_____
**J    U    D    G    E**

43482v.1