** INBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY **
TIME RECEIVED                    REMOTE CSID         DURATION   PAGES   STATUS
January 17, 2021 at 7:46:32 PM PST    225 757 5709    141        4       Received

Case 3:19-cv-00528-JWD-EWD   Document 19   01/19/21   Page 1 of 4

Jan 17 21 10:50p        Shawn Cooper                          225-757-5709                    p.1

January 17, 2021

Fax: <u>225-389-3585</u>

The Honorable Judge John W. deGravelles
Magistrate Judge Erin Wilder-Doomes
United States District Court
Middle District Federal Court
777 Florida Blvd.
Baton Rouge, LA 70801

**Re: Civil Action No. 19-00528**

Dear Judge Wilder-Doomes:

This letter is to inform you that it appears that the defendants in the referenced case committed an act of perjury.

The perjurous act that was committed was that we requested evidence and the defendants said it did not exist. However, the evidence did exist, was available and was not produced as requested in the Interrogatories and Request for Production of Documents.

The information requested is relevant to this case in that it would clearly identify fault in the case through electronic data from the tractor truck or any other electronic devices. In this instance, the "electronic control modules (ECM), and/or event data recorder (EDR)", would have that relevant information.

The defendants, Northbridge and Valley Equipment, stated in their answers to interrogatories and requests for production of documents that the vehicle in question was not equipped with an electronic control module (ECM), and/or event data recorder (EDR). However, the engine control module that Trevor Wilson (defendant) describes is electronic. Also, the logging device he describes is an event data recorder.

See highlighted information.

From Northbridge Answer to Interrogatory No. 7, Page 4:

> **INTERROGATORY NO. 7:**
>
> Did the adjuster obtain information regarding electronic control modules (ECM), and/or event data recorder (EDR) device after the accident as part of the investigation. If so, what information was obtained? If not, why not?
>
> **ANSWER TO INTERROGATORY NO. 7:**
>
> Defendant objects to this interrogatory on the grounds that it seeks information prepared/obtained in anticipation of litigation and/or protected from discovery by the attorney-client privilege and/or the attorney work-product doctrine. Subject to said objection, a copy of the claims file has previously been forwarded to counsel. Per the request of Mr. Cooper, a request was placed to preserve any information regarding electronic control modules (ECM), and/or event data recorder (EDR) device after the accident. However, the vehicle in question was not equipped with this device.

The Honorable Judge John W. deGravelles
Magistrate Judge Erin Wilder-Doomes
**Re: Civil Action No. 19-00528**
January 17, 2021
Page 2 of 4

From Valley Equipment Answer to Interrogatory No. 1 (Page 1):

> **INTERROGATORY NO. 1:**
>
> Please state what investigation was done of the accident at issue in this case including whether an inquiry was made about an electronic logging device in the vehicle and what information was determined.
>
> **ANSWER TO INTERROGATORY NO. 1:**
>
> Defendant objects to this interrogatory on the grounds that it seeks information prepared/obtained in anticipation of litigation and/or protected from discovery by the attorney-client privilege and/or the attorney work-product doctrine. Subject to said objection, a copy of the Northbridge claims file has previously been forwarded to counsel. Per the request of Mr. Cooper, a request was placed by Northbridge to preserve any information regarding electronic control modules (ECM), and/or event data recorder (EDR) device after the accident, however, the vehicle in question was not equipped with this device.

From Valley Equipment Answer to Interrogatory No. 7 (Page 4):

> **INTERROGATORY NO. 7**
>
> Do you maintain, review, monitor, and/or allow electronic control modules (ECM), and/or event data recorder (EDR), or electronic devices also known as black boxes in your vehicles? If so, please so please state why you do not possess information regarding the black box in this matter.
>
> **ANSWER TO INTERROGATORY NO. 7:**
>
> As stated above, per the request of Mr. Cooper, a request was placed by Northbridge to preserve any information regarding electronic control modules (ECM), and/or event data recorder (EDR) device after the accident, however, the vehicle in question was not equipped with this device. Defendant Valley Equipment has no further information.

The Honorable Judge John W. deGravelles
Magistrate Judge Erin Wilder-Doomes
**Re: Civil Action No. 19-00528**
January 17, 2021
Page 3 of 4

Contrary to the Northbridge and Valley Equipment interrogatory answers, the deposition of the tractor truck operator Trevor Wilson indicated that the tractor truck did, in fact, have a logging device. He also stated in his deposition, "There is a module that gets plugged in that basically actually has a bluetooth interface and all it does is for the logbook." He states that his logging information was on his phone. See the highlighted information in the depositions. See pages 33-34 of the Trevor Wilson Deposition.

From Trevor Wilson Deposition, Page 33, lines 15-25:

```
15      Q.    What about for the truck on the date
16   of the accident, did it have engine control
17   modules?
18      A.    All trucks have at least one engine
19   control module to control things like the fuel
20   and all that.
21      Q.    Now, that data that the module
22   regulates, does it go anywhere or is it just
23   reflected in the control panel or does it get
24   recorded anywhere?
25      A.    As far as I know it doesn't get
```

Professional Shorthand Reporters, Inc.                    1-800-536-5255
Offices in New Orleans and Baton Rouge                    www.psrdocs.com

From Trevor Wilson Deposition, Page 34, lines 1-13:

```
                                              Page 34
1    recorded anywhere, no.
2       Q.    So do you know -- the logging device
3    that you have on your smartphone, does that work
4    with any of the engine control modules?
5       A.    No.  There is a module that gets
6    plugged in that basically actually has a
7    bluetooth interface and all it does is for the
8    logbook.  It basically can tell if the truck is
9    turned on, it can tell if the truck is moving,
10   and that's pretty much it.
11      Q.    So would that be -- that information,
12   would that be contained in your logbook?
13      A.    Yes.
```

The Honorable Judge John W. deGravelles
Magistrate Judge Erin Wilder-Doomes
**Re: Civil Action No. 19-00528**
January 17, 2021
Page 4 of 4

I am requesting that the court review and address this matter. Full interrogatories and deposition can be provided upon request.

Thank you.

Sincerely,

Shawn Cooper
2448 Morningbrook Drive
Baton Rouge, LA 70816
504-495-7391