**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

**SHAWN COOPER**                                                                                         **CIVIL ACTION**

**VERSUS**

**TREVOR WILSON, ET AL.**                                                                      **NO. 19-528-JWD-EWD**

---

This matter came on this day, September 15, 2021, for a status conference by zoom before District Judge John W. deGravelles. Present were Jessica M. Vasquez for Plaintiff and Ross Michael Molina for Defendants.

The Defendants have filed a Consent Motion to Continue Trial, stating that the parties are actively engaged in settlement discussions and require additional time to complete the required discovery. Counsel for Plaintiff informed the Court that she and her client have been affected by Hurricane Ida and are still feeling some effects of the hurricane.

All counsel agreed to attempt another settlement conference with Magistrate Judge Wilder-Doomes. The Court orders the parties to find some mutually available dates prior to contacting Magistrate Judge Wilder-Doomes' Chambers for another settlement conference date.

**IT IS ORDERED** that the Consent Motion to Continue Trial, (Doc. 26) is GRANTED. The 3-day jury trial is reset to begin at 9:00 a.m. on June 13, 2022 in Courtroom 1.

**IT IS FURTHER ORDRED** that the pretrial conference set for October 7, 2021 is continued and reset for 1:00 p.m. on May 10, 2022 by zoom. The pretrial order shall be filed 30 days prior to the pretrial conference.

**IT IS FURTHER ORDERED** that all deadlines associated with the December 2, 2021 trial date are suspended. Within 14 days of today, counsel shall submit a motion to amend the scheduling order that includes new proposed discovery deadlines in accordance with the June 13, 2022 trial date.

Signed in Baton Rouge, Louisiana, on September 16, 2021.

Cv 36 T: 0:15

Jury

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**