UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| SHAWN COOPER | CIVIL ACTION |
| VERSUS | |
| TREVOR WILSON, ET AL. | NO. 19-528-JWD-EWD |

### EX PARTE MOTION TO WITHDRAW AS ATTORNEY OF RECORD

Undersigned counsel advises the Court that she seeks to withdraw from the representation of Shawn Cooper in accordance with Rule 1.16 of the Louisiana Rules of Professional Conduct and Local Rule 83(b)(13).

Plaintiff have been advised of the withdrawal of counsel, all upcoming deadlines and conferences, and have been encouraged to retain substitute counsel[1].

Plaintiffs may be communicated with and served with pleadings in this matter at his last known address:

**Shawn Cooper - 2448 Morningbrook Drive, Baton Rouge, LA 70816 - 504-495-7391**

Currently there is no trial scheduled in this matter. Undersigned counsel is entitled to consideration of this motion pursuant to Local Rule 83(b)(13).

---

[1] Correspondence to Client sent 12/14/21 pursuant to Local Rule 83(b)(13).

Respectfully submitted by:

VASQUEZ LAW OFFICE

_____
Jessica Vasquez (#27124)
400 Poydras Street, Ste. 900
New Orleans, LA 70130
Tel. (504) 571.9582
Fax. (504) 684.1449
jvasquez@vasquezlawoffice.com

### Certificate of Compliance

Undersigned counsel has complied with paragraph (a) and with Rule 1.16 of the Rules of Professional Conduct, Louisiana State Bar Association, Articles of Incorporation, Art. 16.

_____
JESSICA VÁSQUEZ

### Certificate of Service in Compliance with MDLA Local Rules 83(b)(13)

A copy of this pleading will be served on all counsel of record via U.S. mail, first-class postage prepaid, and by certified mail to Shawn Cooper this 14th day of December, 2021.

_____
JESSICA VÁSQUEZ

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

SHAWN COOPER                                                                CIVIL ACTION

VERSUS

TREVOR WILSON, ET AL.                                                NO. 19-528-JWD-EWD

**ORDER**

Considering the foregoing motion,

IT IS ORDERED that Jessica M. Vasquez of the Vasquez Law Office is GRANTED leave to withdraw as counsel of record for Shawn Cooper and her name shall be removed from the docket in this matter.

Baton Rouge, Louisiana this _____ day of December, 2021.

_____
MIDDLE DISTRICT OF LOUISIANA
UNITED STATES DISTRICT COURT JUDGE