UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

FILED
JUL 21 2022
Deputy Clerk, U.S. District Court
Middle District of Louisiana

| SHAWN COOPER | CASE NO. 3:19-CV-00528 |
|---|---|
| VERSUS | JUDGE JOHN W. DEGRAVELLES |
| TREVOR WILSON, ET AL. | MAG. JUDGE ERIN WILDER-DOOMES |

**PLAINTIFF'S OPPOSITION TO DEFENDANT'S "OPPOSED MOTION TO CONTINUE SETTLEMENT CONFERENCE"**

MAY IT PLEASE THE COURT:

Plaintiff, Shawn Cooper, appears herein to respond to Defendant's "OPPOSED MOTION TO CONTINUE SETTLEMENT CONFERENCE" filed July 20, 2022.

On July 14, 2022, Judge deGravelles' clerk, Ms. Christy, told us to get off of the pre-trial conference Zoom call to discuss a settlement conference date. Defense Attorney, Mr. Harowski, asked me for my phone number to call me and confer with Judge Wilder-Doomes' clerk to schedule the settlement conference date. Plaintiff gave them the phone number and about 3 minutes later Mr. Harowski called the Plaintiff. Plaintiff and the Defense agreed to Thursday, July 28, 2022, to have the settlement conference. The Defense then looked at their calendar and informed the Plaintiff that they had depositions to do that day. Defense Counsel then asked the clerk of Judge Wilder-Doomes what the next day available was for a settlement conference. The clerk of Judge Wilder-Doomes informed the Plaintiff and the Defense Counsel that Friday, July 29, 2022, at 1:30 p.m. was available. All parties agreed on Friday, July 29, 2022, at 1:30 p.m. as the date and time of the settlement conference.

Defense Counsel Mr. Cassels states in his motion to vacate the settlement conference set for July 29, 2022, that they subsequently contacted their client representative Ryan Cobb. However, Defense Counsel could not have contacted their client representative timely to attend the ordered settlement conference:

1. The pre-trial conference was held on Thursday, July 14, 2022.
2. On Thursday, July 14, 2022, at 2:45 p.m., the Defense Counsel was aware of the settlement conference date. The Defense had time to communicate with their client all evening.
3. On Friday, July 15, 2022, a day after all parties agreed to the settlement date and the settlement date order had been sent to all parties, nothing was communicated by the Defense. The Defense had time to communicate with their client all day.
4. However, on Monday, July 18, 2022, at 9:13 a.m., the Defense Counsel, Mr. Cassels, emailed Plaintiff advising that the Defense's client, Mr. Cobb, was not available for the settlement conference on Friday, July 29, 2022. In his email, Mr. Cassels provided new dates and times that Mr. Cobb would be available (see Exhibit A).
5. Plaintiff contacted Judge Wilder-Doomes' office on Monday, July 18, 2022, at 9:15 a.m. (immediately after the email from Mr. Cassels was received) to inquire on this issue. Plaintiff spoke to Judge Wilder-Doomes' clerk and asked if August 4, 2022 and the morning of August 8, 2022 were actually available dates for the Judge to have a settlement conference. Judge Wilder-Doomes' clerk told Plaintiff that these dates and times were not available.

The fact that Mr. Cassels asked the Plaintiff to select from new dates and times that Judge Wilder-Doomes was not available for a settlement conference is very suspicious. It appears as though the Defense Counsel knew these dates and times were not available, but presented them to the Plaintiff anyway. This does not show a good-faith effort by the Defense to adhere to the settlement order agreed to and sent out by the Judge.

The Plaintiff has a job and responsibilities, has made adjustments and has moved his schedule around for this case. The Plaintiff has worked with the Defense on their depositions and on any other required hearing times. It's only fair that the Defense make the proper adjustments and for their representative to make himself available by phone or by whatever means available to communicate and attend the settlement conference which has been set for July 29, 2022.

**WHEREFORE**, Plaintiff respectfully requests that the Defense's motion to move the settlement conference date be denied and that the settlement conference remain as scheduled on July 29, 2022 at 1:30 p.m.

Respectfully submitted,

*[signature]*

**SHAWN COOPER**
2448 Morningbrook Drive
Baton Rouge, LA 70816
Telephone: (504) 495-7391
Email: coopa1971@att.net
*Shawn Cooper, Representing Himself*

3

**CERTIFICATE OF SERVICE**

I hereby certify that on July 21, 2022 the foregoing **PLAINTIFF'S OPPOSITION TO DEFENDANT'S "OPPOSED MOTION TO CONTINUE SETTLEMENT ONFERENCE"** will be sent to all known Counsel of record via Email as follows:

Ross.Molina@wilsonelser.com
Ross M. Molina
Wilson Elser Moskowitz Edelman & Dicker LLP
650 Poydras Street, Suite 2200
New Orleans, LA 70130

Donald.Cassels@wilsonelser.com
Donald G. Cassels, III
Wilson Elser Moskowitz Edelman & Dicker LLP
650 Poydras Street, Suite 2200
New Orleans, LA 70130

Michael.Harowski@wilsonelser.com
Michael A. Harowski
Wilson Elser Moskowitz Edelman & Dicker LLP
650 Poydras Street, Suite 2200
New Orleans, LA 70130

**SHAWN COOPER**
2448 Morningbrook Drive
Baton Rouge, LA 70816
Telephone: (504) 495-7391
Email: coopa1971@att.net
*Shawn Cooper, Representing Himself*

4